SOCIAL SECURITY #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
DATE OF BIRTH
10-25-78 AGE 36

EMERGENCY REMEDY 8 YEARS

04-01-2015 77,304-01,02,03

Offense "Fixing to parole or max it on"

DEAR RANK AUTHORITY OF COURT OF CRIMINAL OF APPEALS YES I NEED YOU TO MAIL me A COPY of the 3 WRITS I FILED on my 8 year STACKING 3-11-17 OFFENSE I GOT IN 2009 + 2010 "MARCH" I ALSO NEED A ACTUAL COPY OF the 3 WRITS + the paperwork Filed. I believe their IS still FILE + I need A COPY of the WRITS FILED. I WAS SENT them A CARD + I NEED A COPY OF the ACTUAL DENIALS with DATES. FOR THE FACT I need everything ON ME ON THOSE 3 ISSUES MY parelegal IS doing my paperwork + DOING A FRESH 22.54 A APPEAL FEDERAL STYLE TO EXONERATE Shorten or throw OUT MY CASE. Please CONTACT me with MY CASE# AS WELL + everything you have TO help me ON this MATTER TODAY + please send me this document paper BACK SO I don't have to repeat MYSELF TO WHOM IT MAY concern I don't know wheir to turn or who Yes CONTACT ON THIS INFORMATION I MUST have + Get From your office I don't even know my CASE#! Respectfully. MS CRYSTAL NICOLE Merooch

RECEIVED IN COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk

★ ON CRYSTAL MERCADO - NICOLE ^(Middle name)

★ SECUTITY INFO

MY

INCARCERATED

with the

★ TEXAS

DEPARTMENT of

CRIMINAL JUSTICE

CASE WAS OUT

OF "BEXAR COUNTY"

SAN ANTONIO, TEXAS

SENTENCED FEBRUARY 16,
2010
TO TDCJ.